IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REYNALDO RIOS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil No. 05-1407-CO ) |
| OREGON STATE HOSPITAL, | ) ORDER ) |
| Respondent. | ) ) |

Magistrate Judge John P. Cooney filed his Findings and Recommendation on November 10, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Petitioner's petition (#1) is denied on the ground that it was not filed within the statutory limitations period and this proceeding is dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED this 30th day of Nv., 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE